MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: irothschild@mcrazlaw.com
Email: ecfbk@mcrazlaw.com

By: Isaac D. Rothschild, #025726
13810-1/cao

Attorneys for 4 Jakes Development, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| BROTHER JOHN'S BBQ, LLC, | No. 4:25-bk-09288-BMW |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Isaac D. Rothschild of Mesch Clark Rothschild, hereby appears in the above-captioned proceedings on behalf of creditor, 4 Jakes Development, LLC, and requests that all notices, documents, and papers served or required to be served in this case be served as follows:

Isaac D. Rothschild, Esq.
MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Telephone: 520.624.8886
Email: irothschild@mcrazlaw.com
Email: ecfbk@mcrazlaw.com

| | | |
|---|---|---|
| 1 | DATED: October 14, 2025 | MESCH CLARK ROTHSCHILD |
| 2 | | |
| 3 | | By   /s/Isaac D. Rothschild, #025726 |
| | |      Isaac D. Rothschild |
| 4 | |      Attorneys for 4 Jakes Development, LLC |

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.

4903-0403-0834, v. 1